IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN KOWALEWSKI,

    Plaintiff,

v.

                                                                Case No. 18-cv-4-bbc

KEITH TORGERUD, ANGELA TORGERUD,
WAYNE OPICHKA, SOPHIA KORPAL,
MARK RYSKOSKI, ERIC PUENT, BRIAN
PUENT, ABBY HARKER AND TROY
WHITE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 2/4/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |